UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL LOLAND, II ET AL | CIVIL ACTION NO. 11-CV-236 |
| VERSUS | JUDGE DOHERTY |
| ACADEMY LOUISIANA CO. LLC | MAGISTRATE JUDGE HANNA |

ORDER

The undersigned, having considered the Agreement of Indemnification, Settlement, and Release[Rec. Doc. 24] the representations of the natural tutors of the minor child whose injuries form the basis for this litigation, and the representations of Plaintiffs' counsel, and finding, per provisions of La. C.C.P. art. 4265 and 4271, that the agreement reached by the parties to compromise and settle all claims, demands and causes of action in the captioned matter is reasonable, fair, and just, and in the best interest of the minor child Hailey Loland,

IT IS ORDERED, ADJUDGED AND DECREED that the recommendations of Michael Loland II and Suzanne Loland, the natural tutors of the minor Hailey Loland, are homologated; and, accordingly, the tutors of the minor are authorized to compromise the suit entitled "Michael Loland II, et al v. Academy Louisiana Company LLC, et al, Inc., et al." according to the terms of the Agreement of Indemnification, Settlement and Release signed by the parties and made a part of

the sealed record at Doc. 24.

Signed at Lafayette, Louisiana this 30th day of November, 2011.

*[signature]*
Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)